IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kristen DeAmicis, Independent Administrator of the Estate of Shawn DeAmicis, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:22-cv-05520 |
| v. | ) ) | Honorable Charles P. Kocoras District Judge |
| Shawn DeAmicis Irrevocable Trust u/a/d March 16, 2005, Talcott Resolution Life and Annuity Insurance Company, and unknown beneficiaries of the Shawn DeAmicis Irrevocable Trust u/d/a March 16, 2005, | ) ) ) ) ) ) ) ) | Honorable Jeffrey T. Gilbert Magistrate Judge |
| Defendants. | ) | |

**MOTION FOR ENTRY OF JUDGMENT ON CONSENT**

Plaintiff, Kristen DeAmicis, as Independent Administrator of the Estate of Shawn DeAmicis ("Shawn's Estate"), through its attorney Steven M. Laduzinsky of Laduzinsky & Associates, P.C., and Defendant, Talcott Resolution Life and Annuity Insurance Company ("Talcott Resolution") through its attorneys, Dentons LLP, move this Honorable Court for the Entry of a Judgment on Consent. In support of said Motion, Shawn's Estate and Talcott Resolution state as follows:

1. In March 2005, Shawn DeAmicis ("Shawn") purchased a $500,000 life insurance policy, Policy No. VL9344314, from The Hartford (the "Policy"). Shawn named the Shawn DeAmicis Irrevocable Trust u/a/d March 15, 2005 ("Shawn's Irrevocable Trust") as the beneficiary of the Policy.

2. In 2018, The Hartford sold its life insurance business, which included the Policy, to Talcott Resolution.

3. On May 26, 2021, Shawn died. After Shawn's death, Shawn's Estate undertook efforts to locate an original or copy of Shawn's Irrevocable Trust. Despite undertaking these efforts, Shawn's Estate could not locate the original or a copy of Shawn's Irrevocable Trust. Talcott Resolution did not possess a full copy of Shawn's Irrevocable Trust.

4. On June 22, 2022, Shawn's Estate filed a Complaint for Declaratory Judgment in the Circuit Court of Cook County, Illinois against Talcott Resolution to have the proceeds of the Policy paid to Shawn's Estate as Shawn's Irrevocable Trust could not be located and as a result fails ("Cook County Action").

5. On October 7, 2022, Talcott Resolution filed a Notice of Removal of the Cook County Action to the United Stated District Court for the Northern District of Illinois.

6. Since the removal of the Cook County Action, Shawn's Estate and Talcott Resolution have entered negotiations to resolve the issues in this litigation.

7. Shawn's Estate and Talcott Resolution have reached an agreement to resolve all disputes and issues of the litigation between them and have executed a Judgment on Consent, which is attached as **Exhibit 1**.

8. Shawn's Estate and Talcott Resolution request this Honorable Court to enter the attached Judgment on Consent to fully resolve and dispose of all issues of this litigation.

WHEREFORE, Kristen DeAmicis, as Independent Administrator of the Estate of Shawn DeAmicis and Talcott Resolution Life and Annuity Insurance Company respectfully request this Honorable Court enter the Judgment on Consent.

                                          Respectfully submitted,

**Plaintiff, Kristen DeAmicis, Independent Administrator of the Estate of Shawn DeAmicis**

By:    /s/ *Steven M. Laduzinsky*
        One of her attorneys
        Steven M. Laduzinsky (lead)

Laduzinsky & Associates, P.C.
216 S. Jefferson Street, Suite 301
Chicago, Illinois 60661
(312) 424-0700
sladuzinsky@laduzinsky.com

**Defendant, Talcott Resolution Life and Annuity Insurance Company**

By:    /s/ *Marilyn Rosen*
        One of its attorneys
        Marilyn Rosen

Dentons US LLP
233 S. Wacker Drive, Suite 5900
Chicago, Illinois 60606
(312) 876-8000
marilyn.rosen@dentons.com
joshua.haevernick@dentons.com